## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jewelean Jackson, Ethylon and William Brown, Brenda Doane, and David Williams, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | **NOTICE OF HEARING ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| vs. | |
| Mortgage Electronic Registration Systems, Inc. and Richard W. Stanek in his official capacity as Sheriff of Hennepin County, | **Civil 0:08-cv-305 JNE/JJG**<br>**CLASS ACTION** |
| Defendants. | |

TO: DEFENDANTS ABOVE-NAMED MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND RICHARD W. STANEK, SHERIFF OF HENNEPIN COUNTY AND THEIR ATTORNEYS OF RECORD.

**PLEASE TAKE NOTICE** on Friday, February 8, 2008, at 2:00 p.m., in Courtroom 12W of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable Joan Ericksen, Judge of District Court, Plaintiffs will move for a temporary restraining order.

Dated: February 4, 2008

**THE LEGAL AID SOCIETY OF MINNEAPOLIS**

By: s/Amber M. Hawkins
   Amber M. Hawkins (#0285961)
   Galen Robinson (#165980)
   Colleen Daly (#0386510)
   Home Ownership Protection Project
   Legal Aid Society of Minneapolis
   430 First Avenue North, Suite 300
   Minneapolis, MN  55401
   (612) 746-3791

**CROWDER TESKE, PLLP**
   William H. Crowder (#20102)
   Vildan A. Teske (#241404)
   Kathleen Finnegan Lamey (#0388038)
   555 West Seventh Street, Suite 210
   Saint Paul, MN  55102
   (651) 225-8330

**ATTORNEYS FOR THE PLAINTIFFS**

**THE CENTER FOR RESPONSIBLE LENDING**
By: s/Melissa Briggs
   Melissa Briggs (DC #480862)
   Eric Halperin (CA #198178 and DC #491199)
   Daniel Mosteller (NC 36958)
   910 17th Street, NW, Suite 500
   Washington, DC  20006
   (202) 349-1872

**OF COUNSEL**

0712-0231096-353254