# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Jewelean Jackson, Ethylon and William
Brown, Brenda Doane, and David Williams,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

vs.

Mortgage Electronic Registration Systems,
Inc. and Richard W. Stanek in his official
capacity as Sheriff of Hennepin County,

                Defendants.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**Civil 0:08-cv-305 JNE/JJG
CLASS ACTION**

Plaintiff Brenda Doane's claims having been dismissed with prejudice by the Court pursuant to its Order dated October 15, 2010, the remaining Plaintiffs Jewelean Jackson, Ethylon and William Brown, and David Williams and Defendants Mortgage Electronic Registration Systems, Inc. and Richard Stanek, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. This action should be dismissed in its entirety, each party to bear its own fees, costs and expenses.

2. The claims of Plaintiffs Jewelean Jackson, Ethylon and William Brown, and David Williams should be dismissed with prejudice.

3. The parties further agree that based on the decision by the Minnesota Supreme Court, all claims asserted on behalf of a class should be dismissed.

4. The Court may enter its Order for dismissal in the form herein without further notice to any party.

Dated: November 5, 2010            By: _s/ Colleen M. Daly_____
    Colleen M. Daly (#0386510)
    Galen Robinson (#165980)
    Legal Aid Society of Minneapolis
    2929 Fourth Ave. S. #201
    Minneapolis, MN 55408
    (612) 746-3622

    William H. Crowder (#20102)
    Vildan A. Teske (#241404)
    Crowder Teske, PLLP
    222 South 9th Street #3210
    Minneapolis, MN 55402
    (612) 746-1558

**ATTORNEYS FOR THE PLAINTIFFS**

By: __s/ Robert J. Pratte._____
    Robert J. Pratte, Bar No. 8802X
    Sonya R. Braunschweig, Bar No. 290282
    DLA Piper US LLP
    90 South Seventh Street, Suite 5100
    Minneapolis, Minnesota 55402
    Telephone: 612.524.3000
    Facsimile: 612.524.3001

**ATTORNEYS FOR DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

By: __s/ Charles H. Salter_____
    Charles H. Salter
    Assistant Hennepin County Attorney

                A-2000 Government Center
                300 South Sixth Street
                Minneapolis, MN 55487
                (612) 348-8197

**ATTORNEYS FOR HENNEPIN COUNTY SHERIFF RICHARD W. STANEK**